# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORRELL SANTANA COLE,<br>Plaintiff,<br>v.<br>E. GUZMAN, et al,<br>Defendants. | Case No. 1:26-cv-03082 JLT SAB<br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br>(ECF No. 15) |

The Court conducted a settlement conference in this action on October 8, 2026, at which the parties reached a settlement agreement. The parties will prepare a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated: **October 8, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE